**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 23-81394-CIV-CANNON/Reinhart**

**HOWARD COHAN**,

Plaintiff,

v.

**M&A BROTHERS REALTY NO. 28 INC.**,
**d/b/a/ CHEVRON**

Defendant.
_________________________________/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** comes before the Court upon the Joint Notice of Settlement, filed on May 10, 2024, in which the parties advise that they have settled this matter [ECF No. 18]. The Court has carefully reviewed the file and is fully advised. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation of Dismissal on or before **June 13, 2024**.
2. If the parties fail to complete the expected settlement, any party may move the Court to reopen the case.
3. The Clerk shall **CLOSE** this case for administrative purposes only. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 13th day of May 2024.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record