UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:23-cv-81394-AMC

HOWARD COHAN,

Plaintiff,

vs.

M & A BROTHERS REALTY NO. 28, INC.,
a Florida Profit Corporation,
d/b/a CHEVRON

Defendant(s).
_______________________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, HOWARD COHAN and the Defendant, M & A BROTHERS REALTY NO. 28, INC., a Florida Profit Corporation, d/b/a CHEVRON, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against M & A BROTHERS REALTY NO. 28, INC., a Florida Profit Corporation, d/b/a CHEVRON; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED June 14, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

By: **/s/ Jalal Shehadeh, Esq.**
Jalal "Jay" Shehadeh, Esq.
Florida Bar No: 0070617
Shehadeh Giannamore, PLLC
620 S. Le Jeune Road
Coral Gables, Florida 33134
Phone: (305) 507-9843
Fax: (305) 675-0204
jay@sglawfl.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 14, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**